JOSEPH F. BERNASCHEFF BUILDING CONSTRUCTION COMPANY, INC., Appellant, v. OHIO FARMERS INSURANCE COMPANY, Respondent.— Motion denied on condition that appellant perfect the appeal, place the case on the February calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

SARAH FAIRHURST, Respondent, v. HANNAH M. TAG, Appellant.— Motion for reargument denied, without costs.    Motion to resettle order of reversal granted so as to state that the reversal was not upon a question of law, and that the verdict acquitting the plaintiff of contributory negligence was against the weight of the evidence, without costs.   Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

J. ALBERT GAUSMAN, Respondent, v. PAUL W. F. LINDNER and LINDNER ESTATES, INC., Appellants, and Another, Defendant.— Motion for leave to appeal to the Court of Appeals denied, without costs.   Present — Jenks, P. J., Rich, Putnam, Kelly and Jaycox, JJ.

PHILIP GOLDFARB, Respondent, v. GEORGE G. FRIES and Others, Appellants.— Motion granted, and judgment entered on January 21, 1919, vacated, and the order heretofore entered on the seventeenth of January resettled so as to give leave to defendants to answer within ten days after service of the resettled order, on condition that defendants pay all costs to date, together with ten dollars costs of this motion.   Present — Mills, Putnam, Kelly and Jaycox, JJ.

LOUIS LAMCHICK, Appellant, v. ROBERT GOLDSTEIN and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied, without costs.   Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

CHARLES M. McGRATTY and EDWARD J. McGRATTY, Respondents, v. KRANTZ MANUFACTURING COMPANY, INC., Appellant, Impleaded with Others, Defendants.— Motions denied, without costs.   Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

LEWIS G. MITCHELL Appellant, v. THE CITY OF NEW YORK and Others, Respondents.— Motion for reargument denied, without costs.   Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

WALLACE T. NICKERSON, Respondent, v. ELECTRO SILICON COMPANY, Appellant.— Defendant's motion to resettle order on reversal granted, without costs.   Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

GEORGE T. PETERSON, Respondent, v. NEW YORK CONSOLIDATED RAILROAD COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals granted.   Present — Mills, Putnam, Kelly and Jaycox, JJ.   Order to be settled on notice before Mr. Justice Jaycox.

STAR COMPANY, Appellant, v. EDWARD F. BRUSH, as Mayor of the City of Mount Vernon, and Others, Respondents.— Motions denied, without costs.   Present — Jenks, P. J., Putnam, Blackmar and Kelly, JJ.; Mills, J., not voting.